**Patrick HALTIWANGER, Appellant,**

v.

**C. KIRBY, Sgt., Maximum Security Unit, Arkansas Department of Correction; Gladis Johnson, Yard Crew Sgt., Maximum Security Unit, Arkansas Department of Correction; Rickey Thompson, originally sued as Thompson, Appellees.**

No. 00–3825.

United States Court of Appeals, Eighth Circuit.

Submitted July 6, 2001.

Decided July 30, 2001.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Patrick Haltiwanger, an Arkansas inmate, appeals from the district court's[1] dismissal as to three defendants and the court's grant of summary judgment to the remaining defendants, all Arkansas Department of Correction officials, in his 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties' submissions on appeal, we conclude the district court's orders were proper for the reasons stated therein. Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

---

1. The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.